IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14 PM 2: 46

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARK J. CHIDESTER,

    Plaintiff,

VS.                                          NO. 02-2556-MaA

SHELBY COUNTY, ET AL.,

    Defendants.

---

ORDER GRANTING MOTION TO EXTEND DEADLINES

---

Pursuant to the July 25, 2005, joint motion of the parties to amend the deadlines in this matter, the court held a conference on September 2, 2005.  Attending on behalf of the plaintiff was Randall Tolley.  Participating on behalf of the defendants were Jean Markowitz and Ted Hansom.  For good cause shown, the court grants the motion and amends the schedule as follows:

1.    The deadline for completing discovery is October 31, 2005.

2.    The deadline for filing potentially dispositive motions is November 15, 2005.

3.    The deadline for completing mediation is November 30, 2005.

4.    The parties will submit a joint proposed pretrial order by 5:00 p.m. on February 3, 2006.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __9-15-05__

139

5.  A pretrial conference is set on Friday, February 10, 2006, at 11:00 a.m.

6.  The jury trial is **reset** to Tuesday, February 21, 2006, at 9:30 a.m. and is expected to take 2 to 3 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this ⎯⎯ day of September, 2005.

_____

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 139 in case 2:02-CV-02556 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Christopher Lee Brown
GOTTEN WILSON SAVORY & BEARD, PLLC
88 Union Ave.
14th Floor
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT