IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MARK J. CHIDESTER,

    Plaintiff,

VS.                                           NO. 02-2556-MaA

SHELBY COUNTY, ET AL.,

    Defendants.

---

## ORDER OF REFERENCE

Before the court are two motions to compel discovery filed by plaintiff on October 31, 2005.

The motions [D.E. Nos. 162 and 163] are hereby referred to the magistrate judge for determination. Any exceptions to the magistrate's report shall be made within ten (10) days of the report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

It is so ORDERED this 1st day of December, 2005.

                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 174 in case 2:02-CV-02556 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Christopher Lee Brown
GOTTEN WILSON SAVORY & BEARD, PLLC
88 Union Ave.
14th Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT