IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -5 AM 7: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARK J. CHIDESTER,

    Plaintiff,

VS.                              NO. 02-2556-MaA

SHELBY COUNTY, ET AL.,

    Defendants.

## ORDER OF REFERENCE

Before the court is the December 2, 2005, motion of defendant Reynolds for protective order.

The motion is hereby referred to the magistrate judge for a determination. Any exceptions to the magistrate's report shall be made within ten (10) days of the report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

It is so ORDERED this 2d day of December, 2005.

                      SAMUEL H. MAYS, JR.
                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-8-05

178

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 178 in case 2:02-CV-02556 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Christopher Lee Brown
GOTTEN WILSON SAVORY & BEARD, PLLC
88 Union Ave.
14th Floor
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT