IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -7 PM 1: 52

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

MARK J. CHIDESTER,

    Plaintiff,

VS.                                  NO. 02-2556-MaA

THE CITY OF MEMPHIS, ET AL.,

    Defendants.

## ORDER AMENDING SCHEDULE

Pursuant to the October 18, 2005, joint motion of the parties to amend the schedule in this matter, the court held a status conference on November 21, 2005. Attending on behalf of the plaintiff was Randall Tolley. Attending on behalf of the defendants were Ted Hansom, Eugene Gaerig, and Jean Markowitz. For good cause shown, the court grants the motion and amends the schedule as follows:

1. The deadline for completing discovery is January 20, 2006.

2. The deadline for filing potentially dispositive motions is February 21, 2006.

3. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on June 1, 2006.

4. A pretrial conference will be held on Thursday, June 8, 2006, at 9:00 a.m.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05

179

5. The jury trial is **reset** to Monday, June 19, 2006, and is expected to take 3 to 4 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 7th day of December, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 179 in case 2:02-CV-02556 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Christopher Lee Brown
GOTTEN WILSON SAVORY & BEARD, PLLC
88 Union Ave.
14th Floor
Memphis, TN 38103

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Randall Blake Tolley
LAW OFFICE OF RANDALL B. TOLLEY
242 Poplar Ave.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT